IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

POCONO MOUNTAIN CHARTER
SCHOOL, *et al.*,

    Plaintiffs,

v.

POCONO MOUNTAIN SCHOOL
DISTRICT, *et al.*,

    Defendants.

CIVIL ACTION NO. 3:CV-10-1171

(JUDGE CAPUTO)

## ORDER

**NOW**, this 8th day of November, 2012, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. 34) is **GRANTED in part and DENIED in part**.

(1) Defendants' motion to dismiss the claims under the First Amendment (Count II), Equal Protection Clause (Count III), Due Process Clause (Count IV), and Article I, Section 3 of the Pennsylvania Constitution (Count V) is **GRANTED**. Counts II-V of the First Amended Complaint are **DISMISSED**.

(2) Defendants' motion to dismiss the claims under Title VI of the Civil Rights Act of 1964 (Count I) and Article I, Section 26 of the Pennsylvania Constitution (Count VI) is **DENIED**.

(3) Defendants shall file an answer to the First Amended Complaint within **twenty-one (21) days** from the date of entry of this Order.

                                                                  /s/ A. Richard Caputo
                                                                  A. Richard Caputo
                                                                  United States District Judge